

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellant has filed a motion to supplement the record with a letter from the arbitrator. This court can only consider documents that are contained in the appellate record. If this document is filed with the trial court, appellant must request a supplemental clerk's record by directing a letter to the trial court clerk. *See* TEX. R. APP. P. 34.5(c)(1). Accordingly, appellant's motion is MOOT.

Entered on this 11th day of July, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

